KRUEGER DISTRIBUTING COMPANY v.
VAN MUNCHING & COMPANY, INC.

November 12, 1975. Petition for certification denied.

ROBERT KULIGOWSKI v. HUGO ABSALON.

November 12, 1975. Petition for certification denied.

FRANK H. TAYLOR & SON, INCORPORATED v.
SEYMOUR D. SHEPARD.

November 12, 1975. Petition for certification granted.
(See 136 *N. J. Super.* 85).

STATE OF NEW JERSEY v. SELMON WALTER BROWN.

November 12, 1975. Petition for certification granted.

STATE OF NEW JERSEY v. WILLIAM C. BORNE.

November 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH W. ARNOLD, JR.

November 12, 1975. Petition for certification denied.